# EXHIBIT A

CSC

null / ALL
**Transmittal Number: 22385249**
**Date Processed: 12/04/2020**

# Notice of Service of Process

**Primary Contact:** SOP Team nwsop@nationwide.com
Nationwide Mutual Insurance Company
Three Nationwide Plaza
Columbus, OH 43215-2410

**Electronic copy provided to:** Ashley Roberts

| | |
|---|---|
| **Entity:** | Scottsdale Insurance Company<br>Entity ID Number 3286058 |
| **Entity Served:** | Scottsdale Insurance Company |
| **Title of Action:** | 3MB Group, LLC vs. Scottsdale Insurance Company |
| **Matter Name/ID:** | 3MB Group, LLC vs. Scottsdale Insurance Company (10714625) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Broward County Circuit Court, FL |
| **Case/Reference No:** | CACE-20-19319 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 12/04/2020 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | FL Chief of Financial services 12/02/2020 |
| **How Served:** | Electronic SOP |
| Sender Information: | The Tomlinson Law Group PA<br>N/A |

**Notes:** Document has poor quality

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

*20-000386918*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

3MB GROUP LLC

PLAINTIFF(S)

VS.

SCOTTSDALE INSURANCE COMPANY

DEFENDANT(S)
_____________________________________/

**CASE #:** CACE-20-19319
**COURT:** CIRCUIT COURT
**COUNTY:** BROWARD
**DFS-SOP #:** 20-000386918

SUMMONS, COMPLAINT, DISCOVERY, CIVIL COVER SHEET, EMAIL DESIGNATION

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Wednesday, December 2, 2020 and a copy was forwarded by ELECTRONIC DELIVERY on Friday, December 4, 2020 to the designated agent for the named entity as shown below.

SCOTTSDALE INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

***Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

BRANDON JOEL TOMLINSON
SHAREHOLDER
THE TOMLINSON LAW GROUP
300 EAST OAKLAND PARK BLVD
#118
WILTON MANORS, FL 33334

CN1

Case Number: CACE-20-019519 Division: 18
Filing # 116924454 E-Filed 11/18/2020 08:35:19 PM

RECEIVED AS STATUTORY REGISTERED AGENT
on 02 December, 2020 and served on defendant or named party on 04 December, 2020
by the Florida Department of Financial Services

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

3MB GROUP, LLC,

Plaintiff,

vs.

CASE NO.:

SCOTTSDALE INSURANCE COMPANY,

Defendant.

_______________________________________/

**SUMMONS**

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE:

**YOU ARE COMMANDED** to serve this summons and a copy of the Complaint in this action on the Defendant:

**SCOTTSDALE INSURANCE COMPANY**
**C/O CHIEF FINANCIAL OFFICER**
**200 E. GAINES STREET**
**TALLAHASSEE, FLORIDA 32399**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **THE TOMLINSON LAW GROUP, P.A., 7401 WILES ROAD, SUITE 242, CORAL SPRINGS, FLORIDA 33067** within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

DATED on NOV 19 2020

Brenda D. Forman, Clerk of the Court

By: ______________________

CIRCUIT & COUNTY COURT · CLERK OF · IN GOD WE TRUST · FLORIDA · BROWARD COUNTY

BRENDA D. FORMAN

Case Number: CACE-20-019319 Division: 18
Filing # 116924454 E-Filed 11/18/2020 08:35:19 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:

3MB GROUP, LLC,

Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

Defendant.
_______________________________________/

**COMPLAINT**

Plaintiff, 3MB GROUP, LLC (hereinafter, "Plaintiff") brings this action against the Defendant, SCOTTSDALE INSURANCE COMPANY (hereinafter, "Defendant" and "SCOTTSDALE"), and alleges the following:

**GENERAL ALLEGATIONS, JURISDICTION, AND VENUE**

1. This is an action for damages in excess of $31,000.00, exclusive of interest, costs, and attorney fees.

2. At all material times relevant to this Complaint, 3MB GROUP, LLC has been and is the owner of real property in the State of Florida at 3451 NW 14th Ave., Pompano Beach, FL 33064 (hereinafter, the "Property"), and is otherwise *sui juris*.

3. At all material times relevant to this Complaint, 3MB GROUP, LLC has been and is a resident of BROWARD County, Florida.

4. Defendant, SCOTTSDALE INSURANCE COMPANY, has been and is now a Florida corporation that is authorized to engage in the business of insurance with Florida citizens, regularly conducts business in BROWARD County, and is otherwise *sui juris*.


THE TOMLINSON LAW GROUP, P.A.
7401 WILES RD SUITE 242 CORAL SPRINGS, FL 33067
P: (954)-745-4575 F: (954)- 745-4574
***FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 11/18/2020 08:35:16 PM.****

5. In consideration for the premiums paid to it, Defendant issued 3MB GROUP, LLC, a valid, binding, and enforceable policy of insurance bearing Policy No. CPS2611968 (hereinafter, the "Policy"), that insured the Property on or about **September 10, 2017**. The Defendant is in possession of the Policy, and Plaintiffs will obtain a copy in discovery and intends to file the same with the Court upon receipt from Defendant.

6. The insurance Policy is an "all risk" policy that covers all direct physical losses to the Property that are not otherwise expressly excluded.

7. The insurance Policy was in full force and effect on or about **September 10, 2017**.

8. On or about **September 10, 2017**, the Plaintiff's Property sustained direct physical loss caused by Hurricane Irma and/or ensuing losses (hereinafter, the "Loss").

9. Damages caused by Hurricane Irma and/or ensuing losses are covered under the Policy.

10. Damages caused by Hurricane Irma and/or ensuing losses are not expressly excluded from the Policy.

11. Plaintiff timely notified Defendant of the Loss.

12. Defendant responded to the Loss by opening claim number 01973759 (hereinafter, the "Claim").

13. The damages for the Loss and Claim as alleged herein arose as a direct and proximate result of Hurricane Irma, and/or ensuing losses that occurred on or about **September 10, 2017**.

14. Defendant has been afforded the opportunity to fully inspect the Loss, investigate the cause of the Loss and quantify the amount of the Loss.



THE TOMLINSON LAW GROUP, P.A.
7401 WILES RD SUITE 242 CORAL SPRINGS, FL 33067
P: (954)-745-4575 F: (954)- 745-4574

15. The Defendant did inspect the Loss and the Property in its investigation of the Claim.

16. Defendant denied the Claim and refused and/or failed to pay Plaintiff insurance Policy benefits for the Claim.

17. The subject Policy of insurance involved herein was issued by the Defendant to Plaintiff in BROWARD County, Florida, and covers real property located in BROWARD County, Florida. Additionally, the cause of action arose in BROWARD County, Florida. As such, venue is proper in BROWARD County pursuant to Fla. Stat. § 47.051.

18. Plaintiff has complied with all prerequisites, whether denominated conditions precedent, duties after loss, or otherwise, to receive benefits or proceeds under the above Policy, or maintain the instant suit for the breach or declaration of said Policy. Alternatively, Defendant has waived or never had standing to assert any prerequisites, whether denominated as conditions precedent, duties after loss, or otherwise.

**COUNT I - BREACH OF CONTRACT**

19. Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 18 as if fully set forth herein and further states:

20. This is a cause of action for breach of contract arising out of an insurance Policy that was in effect at the time of the Loss to the insured Property.

21. On or about **September 10, 2017**, the Plaintiff's insured Property sustained direct, physical Loss caused by Hurricane Irma and/or ensuing losses.

22. The Loss at the insured Property has caused Plaintiff to suffer economic damages and substantial hardship as a result of a covered loss to the insured Property, and Plaintiff continues to suffer the Loss.

23. Plaintiff timely notified Defendant of the Loss and filed the Claim in accordance with the terms and conditions of the Policy.

24. Defendant fully inspected the Property and was provided the full opportunity to evaluate the Loss, cause of loss, and amount of damages.

25. Defendant has failed and/or refused to honor the contractual coverage in the Policy by failing and/or refusing to fully compensate Plaintiff by failing and/or refusing to pay benefits owed under the Policy for the Claim based on the Loss.

26. Plaintiff has suffered damages including, but not limited to, insurance benefits under the Policy and damages from Defendant's breach of the insurance Policy.

27. Plaintiff has at all times cooperated with Defendant in the adjustment of the Claim.

28. Plaintiff has also complied with all of their obligations under the Policy, or in the alternative, has been excused from performance by the acts, representations, omissions, or conduct of Defendant.

29. Notwithstanding the foregoing, Defendant has failed to timely and promptly pay the full amount due and owing under the Policy for the covered Loss sustained. Defendant's failure to timely and promptly pay all amounts due and owing under the Policy is a breach of the insurance contract.

30. As a result of this dispute, it has become necessary that Plaintiff retain the services of the undersigned attorneys. Plaintiff is obligated to pay a reasonable fee for the undersigned attorneys' services in bringing this action, plus costs. Plaintiff is entitled to reimbursement of these fees and costs by the Defendant.





CCIS - COURT & CLERK PERSONNEL - NOT OFFICIAL COPY

31. Should Plaintiff prevail in this action, she shall be entitled to interest from the date of the loss or date of the breach, as prescribed by Florida law.

32. Plaintiff respectfully requests that the Court enter an Award of general compensatory damages, interest, attorneys' fees and costs, and any and all other relief deemed just and appropriate by this Honorable Court.

WHEREFORE, Plaintiff demands judgment against Defendant for all covered losses with interest on any overdue payments; costs pursuant to F.S. §92.231 and F.S. §57.041; attorney's fees pursuant to F.S. §627.428; and legal assistant fees pursuant to F.S. §57.104; and Plaintiff demands trial by jury.

**DEMAND FOR JURY TRIAL**

Plaintiff, **3MB GROUP, LLC**, demands a trial by jury on all issues so triable.

Dated this 18th day of November, 2020.

**THE TOMLINSON LAW GROUP, P.A.**

7401 Wiles Road, Suite 242
Coral Springs, Florida 33067
Tel.: (954) 745-4575
Fax: (954) 745-4574
E-Service Email: eservice@tlawgrp.com
Non-Service Email:btomlinson@tlawgrp.com

By: ______________________
**BRANDON J. TOMLINSON, ESQ.**
Florida Bar No.: 93110



CCIS - COURT & CLERK PERSONNEL - NOT OFFICIAL COPY

Case Number: CACE-20-019319 Division: 18
Filing # 116924454 E-Filed 11/18/2020 08:35:19 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I. CASE STYLE**

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

3MB Group LLC
Plaintiff

Case # ____________________
Judge ____________________

vs.
Scottsdale Insurance Company
Defendant

---

**II. AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☒ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

**III. TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.



***FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 11/18/2020 08:35:16 PM.****

CCIS - COURT & CLERK PERSONNEL - NOT OFFICIAL COPY

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☒ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☒ Evictions
☒ Residential Evictions
☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

1

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Brandon Joel Tomlinson
Attorney or party

Fla. Bar # 93110
(Bar # if attorney)

Brandon Joel Tomlinson
(type or print name)

11/18/2020
Date

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:

3MB GROUP, LLC,

Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

Defendant.
_______________________________________/

**NOTICE OF DESIGNATION OF E-MAIL ADDRESSES PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.516**

Pursuant to Florida Rule of Judicial Administration 2.516, the following e-mail address is designated for the service of all court papers in this action to the undersigned:

Primary Electronic Mail Address: eservice@tlawgrp.com

Secondary Electronic Mail Address: Btomlinson@tlawgrp.com

Tertiary Electronic Mail Address: Staylor@tlawgrp.com

**[CERTIFICATE OF SERVICE ON NEXT PAGE]**


THE TOMLINSON LAW GROUP, P.A.
7401 WILES ROAD, SUITE 242, CORAL SPRINGS, FL 33067
P: (954) 745-4575 F: (954)- 745-4574
***FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 11/18/2020 08:35:16 PM.****

COURT & CLERK PERSONNEL - NOT OFFICIAL COPY - CCIS

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** a true copy of the foregoing will be served on the Defendant along with the Summons, Complaint, Request for Production, and Notice of Filing Interrogatories.

**THE TOMLINSON LAW GROUP, P.A.**
7401 Wiles Road, Suite 242
Coral Springs, Florida 33067
Tel.: (954) 745-4575
Fax: (954) 745-4574
E-Service Email: eservice@tlawgrp.com
Non-Service Email: btomlinson@tlawgrp.com

By: ______________________
**BRANDON J. TOMLINSON, ESQ.**
Florida Bar No.: 93110

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

3MB GROUP, LLC,

Plaintiff,

CASE NO.:

vs.

SCOTTSDALE INSURANCE COMPANY,

Defendant.

______________________________________/

**PLAINTIFF'S NOTICE OF SERVING FIRST SET OF INTERROGATORIES TO DEFENDANT**

3MB GROUP, LLC, by and through the undersigned counsel, hereby propounds the attached First Set of Interrogatories to the Defendant, SCOTTSDALE INSURANCE COMPANY, to be answered in writing, under oath, within forty-five (45) days, pursuant to Rule 1.340, Florida Rules of Civil Procedure.

**THE TOMLINSON LAW GROUP, P.A.**
7401 Wiles Road, Suite 242
Coral Springs, Florida 33067
Tel.: (954) 745-4575
Fax: (954) 745-4574
E-Service Email: eservice@tlawgrp.com
Non-Service Email:btomlinson@tlawgrp.com

By: ______________________
**BRANDON J. TOMLINSON, ESQ.**
Florida Bar No.: 93110



***FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 11/18/2020 08:35:16 PM.****

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to the Chief Financial Officer for initial service of process upon the Defendant along with a copy of the Summons and Complaint.

BRANDON J. TOMLINSON, ESQ.

**DEFINITIONS**

As used herein, the terms listed below are defined as follows:

1. "You," "your," "yours," and/or "yourselves," shall mean the Defendant, to whom these interrogatories are directed, and any attorney or consultant affiliated with Defendant, and any person or entity acting or purporting to act on behalf of the Defendant.

2. "Document" or "documents" means the original (or, if unavailable, a copy of the original) of all written, printed, typed, reported, recorded, or graphic matter and all photographic matter or sound reproduction tapes, records, electronic or computer data files or other devices, however, produced or reproduced, in your actual or constructive possessions, custody or control or of which you have knowledge. "Document" or "documents" shall include, but are not limited to, all electronic emails, correspondence, memoranda (including written memoranda of telephone conversations, discussions, other oral communications and acts), telegrams, telexes, cables, telephone records, reports, tests, samples, studies, compilations of data, filings, pamphlets, diaries, records, charts, lists, analyses, graphs, diagrams, costs estimates, worksheets, contracts, agreements, books, catalogs, price lists, price quotations, financial statements, books of accounts, journals, ledgers, expense reports, and other financial records, audits, profit and loss statements, annual reports, state and federal tax returns, purchase orders, invoices, billings, credit memoranda, statements, indices, data processing cards, other data processing materials, data sheets, photostats, photographs, microfilm, map receipts, directives, tapes, bulletins, press releases, news paper clippings, handbills or written advertisements circulars, notices, messages, tabulations notes, economic or statistical studies, surveys, polls, minutes, instructions, requests, canceled checks, calendars, desk pads, appointment books, scrap books, notebooks, specifications, drawings, diagrams, sketches and each draft and each non-identical copy of the foregoing, including those upon which notations in writing have been made that do not appear on the original. For any document related to the matters described herein which is not in your


THE TOMLINSON LAW GROUP, P.A.
7401 WILES ROAD, SUITE 242, CORAL SPRINGS, FL 33067
P: (954)-745-4575 F: (954)- 745-4574

CCIS - COURT & CLERK PERSONNEL - NOT OFFICIAL COPY

possession, but which you know to exist, you are requested to identify any such document and indicate to the best of your ability that document's present or last known location or custodian.

3. "Communications" shall mean any oral, written or electronic transmission of information, including, but not limited to, letters or correspondence, conversations, meetings, discussions, telephone calls, telegrams, telecopies, telexes, seminars, conferences, messages, facsimile transmission, e-mails, notes or memoranda.

4. "Date" shall mean the exact day, month, and year if ascertainable, or, if not, the best approximation of the date (based upon the relationship with other events).

5. "Person" means any natural person, corporation, partnership, proprietorship, association, or organization or group of persons.

6. "Agent" shall mean any agent, employee, officer, director, attorney, independent contractor, or any other person acting at the direction of, or on behalf of another.

7. "Any" shall be deemed to include and encompass "each" and "all," and "and" shall be deemed to include and encompass the word "or."

8. All terms used in the plural shall include the singular.

9. "Identify" when used in reference to a document, means and includes the name and the address of the custodian of the document, the location of the document, and a general description of the document, including the:

(1) Type of document (i.e., correspondence, memoranda, telex, etc.);
(2) General subject matter of the document;
(3) Date of the document;
(4) Author of the document;
(5) Addressee of the document; and
(6) Relationship of the author and addressee to each other.

**INSTRUCTIONS**

1. If you object to a discovery request because of a privilege or protection, please provide the nature of the privileged claim, the date of the document, the general subject matter of the document, and such other information sufficient to identify the document.

2. For any documents produced, documents provided shall be completed and, unless privileged, unredacted, submitted as found in the company's files (e.g., documents that in their original condition were stapled, clipped or otherwise fastened together or maintained in separate file folders shall be produced in such form). The company may submit photocopies (with color



THE TOMLINSON LAW GROUP, P.A.
7401 WILES ROAD, SUITE 242, CORAL SPRINGS, FL 33067
P: (954)-745-4575 F: (954)- 745-4574

photocopies where necessary to interpret the document), in lieu of original documents, provided that such copies are true, correct and complete copies of the original documents. Documents submitted shall be produced in the order in which they appear in the company's files and shall not be shuffled or otherwise rearranged.

3. Electronic and digital documents are requested to be produced in their native format in which they are ordinarily maintained in the usual course of business, and produced on CD-ROM, DVD-ROM, or flash memory media.

4. Physical documents are requested to be photocopied with copies to be produced as described herein or scanned to Portable Document Format (PDF) and produced on CD-ROM, DVD-ROM, or flash memory media.

5. Should Defendant seek reimbursement for any costs associated with copying and/or production of documents, please contact counsel for the Plaintiff at 954-745-4575 prior to incurring said costs.

**FIRST SET OF INTERROGATORIES TO DEFENDANT**

1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2. Describe in detail any and all facts upon which you rely for each and every Affirmative Defense in your Answer.

3. List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.



CCIS - COURT & CLERK PERSONNEL - NOT OFFICIAL COPY

4. State the name and address of every person known to you, your agents, or your attorneys who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

5. Please provide the name, address, telephone number, and where applicable, Florida license number, of every person (including but not limited to, any and all adjusters, engineers, claims managers and claims supervisors at any level, executive officers of the company, and members of any review committee or claims committee, whether employed by your or not) who, on the Defendant's behalf or at its request: (a) visited or inspected the Plaintiff's premises, and/or; (b) photographed or videotaped Plaintiff's premises, and/or; (c) submitted any report or other document to Defendant in any way concerning Plaintiff's premises or Plaintiff's claim or related insurance benefits, and/or (d) was involved in any manner in working on adjusting the subject claim. For all persons who are no longer employed with or an agent of Defendant, please state their name, date their affiliation with you ended, and their present (or last known) phone number and address. If any adjuster was an independent adjuster, please state the name, address, and telephone number of the company that employed such independent adjuster.



THE TOMLINSON LAW GROUP, P.A.
7401 WILES ROAD, SUITE 242, CORAL SPRINGS, FL 33067
P: (954) 745-4575 F: (954)- 745-4574

6. For each person identified in response to Interrogatory No. 5, please describe the name of the person or entity that hired the person, each such act that each person undertook, when they were assigned to this claim, the dates and amounts of all fees or other compensation paid for that person's services performed in connection with Plaintiff's claim, and how many times each person has been retained by you for any purpose during the past five (5) years.

7. Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

8. Describe how, when, and why the Defendant believes the incident and/or damage alleged in the Complaint occurred.



THE TOMLINSON LAW GROUP, P.A.
7401 WILES ROAD, SUITE 242, CORAL SPRINGS, FL 33067
P: (954)-745-4575 F: (954)- 745-4574

CCIS - COURT & CLERK PERSONNEL - NOT OFFICIAL COPY

9. Identify each item of expense or damage presented to the Defendant that you assert should not be included in payable damages, and for each item, explain why such damage or expense should not be included in payable damages.

10. State the date you were first notified of Plaintiff's claim, and describe in detail your procedures for handling Plaintiff's claim from the date of notification of the loss through what was deemed to be the denial of the claim.

11. Specifically identify each training manual, procedures manual, employee handbook, protocol, bulletin, guideline, document or other material that you maintain for the use of those employees, agents or other individuals who handled Plaintiff's claim.

12. Did any person working for you or on your behalf with respect to this claim deviate in any way from Defendant's company policies, procedures, or guidelines? If so, please state the individual's name and describe how the individual departed from your policies, procedures, or guidelines.



THE TOMLINSON LAW GROUP, P.A.
7401 WILES ROAD, SUITE 242, CORAL SPRINGS, FL 33067
P: (954)-745-4575 F: (954)- 745-4574

CCIS - COURT & CLERK PERSONNEL - NOT OFFICIAL COPY

13. Were any of the estimates or engineering reports created for or on behalf of Defendant ever returned to the drafter for revision or correction? If yes, please explain in full detail why such action was taken.

14. If Plaintiff has provided you with an estimate of their damages, please list each and every amount listed that you do not agree you owe based on the policy of insurance that is the subject of this litigation, and state with specificity the reason(s) for your belief that you do not owe for such damages.

15. For each denial of coverage or denial of requested payment, state: (a) the date of denial; (b) the amount of the requested payment or the type of coverage denied; (c) why the claim was denied by the Defendant and identify the facts it relied on to reach same conclusion; and, (d) the name and title of the individual who made the decision to deny coverage.

16. Do you allege that Plaintiff failed to perform any conditions precedent, or failed to fulfill any duties after loss? If so, please identify them with specificity, including the date the Plaintiff failed to perform, and the appropriate contractual language which supports Plaintiff's duty to perform.



THE TOMLINSON LAW GROUP, P.A.
7401 WILES ROAD, SUITE 242, CORAL SPRINGS, FL 33067
P: (954)-745-4575 F: (954)- 745-4574

CCIS - COURT & CLERK PERSONNEL - NOT OFFICIAL COPY

17. Please state whether you have obtained any statements, whether written, oral, audiotapes or videotapes from any person who has knowledge about the issues in this lawsuit. If so, please state the names and addresses of the persons who gave such statements and the name and address of the person who has custody of the statement(s).

18. Do you believe that notification to Plaintiff of the statutory mediation program pursuant to F.S. §627.7015 was provided by Defendant? If so, please state all efforts made in this regard. If not, please state whether you believe that Defendant is exempt from this requirement, and please state the legal or factual basis for your contention.

19. Please identify by name, address, telephone number, and account number, any mortgage company or loss payee that Defendant would name on any future drafts to the Plaintiff.





NOT OFFICIAL COPY - CCIS - COURT & CLERK PERSONNEL

STATE OF FLORIDA

COUNTY OF ________________

I hereby state that as an authorized representative for Defendant, SCOTTSDALE INSURANCE COMPANY, I declare that to the best of my knowledge the foregoing Answers to Plaintiff's Interrogatories are true and correct and complete.

SCOTTSDALE INSURANCE COMPANY

By: ______________________________
its duly authorized and designated representative

STATE OF FLORIDA

COUNTY OF ________________

The foregoing instrument was acknowledged before me this ___day of _________________, 2020, by ________________________________ who is personally known to me or has produced __________________________ as identification who did take an oath.

_____________________________
NOTARY PUBLIC
Commission No. ____________
My commission expires: ________

CCIS - COURT & CLERK PERSONNEL - NOT OFFICIAL COPY

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

3MB GROUP, LLC,

CASE NO.:

Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

Defendant.
_______________________________________/

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT**

3MB GROUP, LLC, by and through the undersigned attorneys, serves this First Request for Production on Defendant, SCOTTSDALE INSURANCE COMPANY, to be responded to in accordance with the Florida Rules of Civil Procedure.

**DEFINITIONS**

As used herein, the terms listed below are defined as follows:

1. "You," "your," "yours", and/or "yourselves," shall mean the Defendant, to whom these interrogatories are directed, and any attorney or consultant affiliated with Defendant, and any person or entity acting or purporting to act on behalf of the Defendant.

2. "Document" or "documents" means the original (or if unavailable, a copy of the original) of all written, printed, typed, reported, recorded, or graphic matter and all photographic matter or sound reproduction tapes, records, electronic or computer data files or other devices, however, produced or reproduced, in your actual or constructive possessions, custody or control, or of which you have knowledge. "Document" or "documents" shall include, but are not limited to, all electronic emails, correspondence, memoranda (including written memoranda of telephone conversations, discussions, other oral communications and acts), telegrams, telexes, cables, telephone records, reports, tests, samples, studies, compilations of data, filings, pamphlets, diaries, records, charts, lists, analyses, graphs, diagrams, costs estimates, worksheets, contracts, agreements, books, catalogs, price lists, price quotations, financial statements, books of accounts, journals, ledgers, expense reports, and other financial records, audits, profit and loss statements, annual reports, state and federal tax returns, purchase orders, invoices, billings, credit memoranda, statements, indices, data processing cards, other data processing materials, data



***FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 11/18/2020 08:35:16 PM.****

sheets, photostats, photographs, microfilm, map receipts, directives, tapes, bulletins, press releases, news paper clippings, handbills or written advertisements circulars, notices, messages, tabulations notes, economic or statistical studies, surveys, polls, minutes, instructions, requests, canceled checks, calendars, desk pads, appointment books, scrap books, notebooks, specifications, drawings, diagrams, sketches and each draft and each non-identical copy of the foregoing, including those upon which notations in writing have been made that do not appear on the original. For any document related to the matters described herein which is not in your possession, but which you know to exist, you are requested to identify any such document and indicate to the best of your ability that document's present or last known location or custodian.

3. "Communications" shall mean any oral, written or electronic transmission of information, including, but not limited to, letters or correspondence, conversations, meetings, discussions, telephone calls, telegrams, telecopies, telexes, seminars, conferences, messages, facsimile transmission, e-mails, notes or memoranda.

4. "Date" shall mean the exact day, month, and year, if ascertainable, or, if not, the best approximation of the date (based upon the relationship with other events).

5. "Person" means any natural person, corporation, partnership, proprietorship, association, or organization or group of persons.

6. "Agent" shall mean any agent, employee, officer, director, attorney, independent contractor, or any other person acting at the direction of, or on behalf of another.

7. "Relating" shall be construed in the broadest sense and shall mean directly or indirectly describing, setting forth, discussing, mentioning, commenting upon, supporting, contradicting, relating to or referring to the subject or topic in question, either in whole or in part.

8. "Any" shall be deemed to include and encompass "each" and "all" and "and" shall be deemed to include and encompass the word "or".

9. All terms used in the plural shall include the singular.

10. "Identify" when used in reference to a document, means and includes the name and the address of the custodian of the document, the location of the document, and a general description of the document, including the:

(1) Type of document (i.e., correspondence, memoranda, telex, etc.);
(2) General subject matter of the document;
(3) Date of the document;
(4) Author of the document;
(5) Addressee of the document; and
(6) Relationship of the author and addressee to each other.



THE TOMLINSON LAW GROUP, P.A.
7401 WILES ROAD, SUITE 242, CORAL SPRINGS, FL 33067
P: (954)-745-4575 F: (954)- 745-4574

CCIS - COURT & CLERK PERSONNEL - NOT OFFICIAL COPY

NOT OFFICIAL COPY - CCIS - COURT & CLERK PERSONNEL

**INSTRUCTIONS**

1. If you object to a discovery request because of a privilege or protection, please provide the nature of the privileged claim, the date of the document, the general subject matter of the document, and such other information sufficient to identify the document.

2. For any documents produced, documents provided shall be completed and, unless privileged, unredacted, submitted as found in the company's files (e.g., documents that in their original condition were stapled, clipped or otherwise fastened together or maintained in separate file folders shall be produced in such form). The company may submit photocopies (with color photocopies where necessary to interpret the document), in lieu of original documents, provided that such copies are true, correct and complete copies of the original documents. Documents submitted shall be produced in the order in which they appear in the company's files and shall not be shuffled or otherwise rearranged.

3. Electronic and digital documents are requested to be produced in their native format in which they are ordinarily maintained in the usual course of business, and produced on CD-ROM, DVD-ROM, or flash memory media.

4. Physical documents are requested to be photocopied with copies to be produced as described herein or scanned to Portable Document Format (PDF) and produced on CD-ROM, DVD-ROM, or flash memory media.

5. Should Defendant seek reimbursement for any costs associated with copying and/or production of documents, please contact counsel for the Plaintiff at 954-745-4575 prior to incurring said costs.

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT**

1. A complete certified copy of the contract(s) of insurance at issue in this action or which would provide coverage to the Plaintiff herein, including all attachments, riders, endorsements, declaration of coverage pages, and any other items or documents that were part of such contract(s) at the time of loss.

2. Any and all documents, writings, materials or other information relied on by the Defendant to support any of its: (a) Affirmative Defenses; (b) denials of any allegations in the Complaint; and (c) denials of any of Plaintiff's Requests for Admission.

3. Any and all documents referenced, relating to, supporting or otherwise identified by you or which are responsive to those questions set forth in Plaintiff's Interrogatories to Defendant (which have also been served with these Requests).



THE TOMLINSON LAW GROUP, P.A.
7401 WILES ROAD, SUITE 242, CORAL SPRINGS, FL 33067
P: (954)-745-4575 F: (954)- 745-4574

4. All documents which you believe support the Plaintiff's claims.

5. Any and all documents (including, but not limited to, checks, statements, receipts, letters, and e-mails or other correspondence), reflecting any payment made to any person or entity for any reason as a result of Plaintiff's claim, or those related to the refusal to pay, or any other kind of payment or refusal to pay.

6. Any and all correspondence between the Plaintiff and Defendant regarding the insurance policy at issue, the claim at issue, or that bear any relation to the captioned litigation.

7. Any and all correspondence between the Plaintiff and Defendant regarding the insurance claim at issue in the above-styled action.

8. A copy of any and all writings, inspection reports, estimates, reports, memoranda, notes, or other materials (including those from any and all adjusters) related to the inspection of Plaintiff's property or Plaintiff's claim.

9. Any and all photographs, films, videotapes, video depiction or diagram related to Plaintiff's claim, Plaintiff's property or the damage to Plaintiff's property.

10. Any and all statements taken of any person, be they recorded, oral, written, transcribed, or of any other nature (including, but not limited to examinations under oath, affidavits, etc.) that bear any relation to the Plaintiff's claim (including the adjustment of the same) and the captioned litigation.

11. All documents relied upon by you in reaching any conclusions regarding the insurance claim at issue in the above-styled action.

12. All property inspection reports regarding the Property at issue in the above-styled action that were prepared, received, or otherwise documented prior to the alleged date of loss.

13. A copy of any and all writings, inspection reports, estimates, reports, memoranda, notes or other materials (including those from any and all adjusters) related to the inspection of Plaintiff's property or Plaintiff's claim.

14. A copy of all records indicating receipt of all premiums Plaintiff paid for the insurance policy or policies at issue in this action.

15. Notes pertaining to any interviews or phone conversations between anyone and Plaintiff or Plaintiff's principals, agents and/or employees.



THE TOMLINSON LAW GROUP, P.A.
7401 WILES ROAD, SUITE 242, CORAL SPRINGS, FL 33067
P: (954)-745-4575 F: (954)- 745-4574

CCIS - COURT & CLERK PERSONNEL - NOT OFFICIAL COPY

16. Every book, bulletin, manual, guide, statement of policies and procedures, or other similar claims-related publication that Defendant provided to any adjuster, engineer or other employee for the processing or handling of Plaintiff's claim or Defendant relied upon in connection with Plaintiff's claim.

17. A copy of the application for licensure and appointment as an adjuster for all such adjusters who inspected the Plaintiff's property.

18. A copy of the license of each adjuster, expert, appraiser, inspector or other individual who participated in processing Plaintiff's claim.

19. All proofs of loss received by Defendant from Plaintiff or any representative of Plaintiff.

20. All documents sent to the State of Florida or any of its agencies related to this claim, or the reason it has not been fully settled or paid.

21. Any and all reports prepared by expert witnesses, on behalf of Defendant herein, whether within your possession or not, and whether said expert will be called at trial or not; all data or other information relied upon in the formulation of opinions by such experts, any exhibits to be used as a summary for support for such opinions; the qualifications of the experts (including his or her current curriculum vitae); and a listing of any other cases in which the witness has testified as an expert at trial or in deposition within the preceding five (5) years.

22. Any and all documents or exhibits that Defendant may attempt to introduce as an exhibit during the trial of this matter.

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to the Chief Financial Officer for initial service of process upon the Defendant along with a copy of the Summons and Complaint.

**THE TOMLINSON LAW GROUP, P.A.**
7401 Wiles Road, Suite 242
Coral Springs, Florida 33067
Tel.: (954) 745-4575
Fax: (954) 745-4574
E-Service Email: eservice@tlawgrp.com
Non-Service Email:btomlinson@tlawgrp.com

By: ______________________________
**BRANDON J. TOMLINSON, ESQ.**
Florida Bar No.: 93110



COURT & CLERK PERSONNEL - NOT OFFICIAL COPY - CCIS